AMIN WASSERMAN GURNANI, LLP
William P. Cole, Bar No. 186772
Matthew R. Orr, Bar No. 211097
515 South Flower St., 18th Floor
Los Angeles, CA 90071
Tel: (213) 933-2330
Fax: (312) 884-7352
wcole@awglaw.com
morr@awglaw.com

AMIN WASSERMAN GURNANI LLP
Manon Burns, Bar No. 347139
230 W. Monroe, Ste. 1405
Chicago, IL 60606
Tel: (312) 466-1033
mburns@awglaw.com

Attorneys for Defendant All Season Power, LLC

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANISSA STEELE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALL SEASON POWER, LLC,<br><br>Defendant. | Case No.: 2:26-cv-01798-DJC-AC<br><br>**STIPULATION AND ORDER TO SET ASIDE REQUEST FOR ENTRY OF DEFAULT AND TO EXTEND TIME FOR RESPONSE TO COMPLAINT**<br><br>Hon. Daniel J. Calabretta |

Plaintiff Anissa Steele and Defendant All Season Power, LLC (collectively, the "Parties"), by and through their undersigned counsel of record, hereby stipulate as follows:

**WHEREAS**, on May 12, 2026, Plaintiff filed the Complaint in this case;

**WHEREAS**, on September 24, 2026, Plaintiff filed a Request for Entry of Clerk's Default Against Defendant and Response to Order to Show Cause (Dkt. 5);

**WHEREAS**, Defendant has recently retained undersigned counsel to respond to the Complaint;

**WHEREAS**, Plaintiff stipulates and agrees that the Request for Entry of Clerk's Default Against

Defendant should be denied without prejudice (or, if it has been acted upon before the Court considers this Stipulation, that any default be set aside) and that Defendant should be afforded until October 26, 2026, to respond to the Complaint;

**IT IS HEREBY STIPULATED AND AGREED** by the Parties, subject to the Court's approval, as follows:

1. That Plaintiff's Request for Entry of Clerk's Default Against Defendant (Dkt. 5) should be denied without prejudice or if a default has already been entered at the time the Court acts on this stipulation, that the default be set aside; and
2. That Defendant shall have until October 26, 2026, to file its response to the Complaint.

Dated: September 28, 2026

**AMIN WASSERMAN GURNANI, LLP**

*/s/ William P. Cole*
William P. Cole
*Attorneys for Defendant*

Dated: September 28, 2026

**PLG DAMAGE ATTORNEYS**

*/s/ Vinit R. Venkatesh*
Vinit R. Venkatesh
*Attorneys for Plaintiff*

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this joint stipulation is submitted, concur in the filing's content and have authorized the filing.

*/s/ William P. Cole*

**IT IS SO ORDERED.**

Dated: September 29, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE